No. 92–982. MOHWISH *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further

consideration in light of the position presently asserted by the Acting Solicitor General in his brief for the United States filed February 5, 1993.